BEFORE THE THIRD DIVISION, JANUARY 21, 1959

**No. 62703.**—Marques Del Merito, Inc. *v.* United States, protest 123597–K (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in

*United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiff was sustained as to entry No. WHB–33527.